**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID MICHAEL PACHECO,              )          CASE NO. CV 08-04919 VBF (RZ)
                                    )
                   Petitioner,      )
                                    )          JUDGMENT
          vs.                       )
                                    )
DARREL ADAMS, WARDEN,               )
                                    )
                   Respondent.      )
_____ )

   This matter came before the Court on the Petition of DAVID MICHAEL PACHECO, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

   IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as to Claim 1 and without prejudice as to Claim 2.

DATED: April 6, 2010

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE